1  William R. Hopkins SBN 170122
   Attorney at Law
2  775 E. BLITHEDALE, #374
   MILL VALLEY, CA 94941
3  (415) 435-5507
   (415) 366-2179 (Fax)
4
   Attorneys for PLAINTIFFS
5
   FREDDY ARIAS
6

7
                  UNITED STATES DISTRICT COURT FOR THE
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | FREDDY ARIAS, an individual,        | USDC Case No 08 4407 MEJ
11 |                  Plaintiff,         | REQUEST FOR CONTINUATION OF
   |                                     | STATUS CONFERENCE;
12 |        v.                           |
13 | DEPARTMENT OF THE ARMY, US          | DECLARATION OF COUNSEL IN SUPPORT
   | ARMY CORPS OF ENGINEERS and         | THEREOF
14 | PETE GEREN, SECRETARY OF THE        |
   | ARMY                                |     ORDER CONTINUING CMC
15 |                                     |
   |                  Defendants.        |
16

17 I, William Hopkins, declare:

18 1. I am the attorney for plaintiff in this matter and make this declaration in support of

19    plaintiff's request for continuation of status conference and accompanying dates.

20 2. The summons and complaint have been served on the United States Attorney's Office.

21 3. I received correspondence back from an Assistant United States Attorney noting that she has

22    is the Assistant US Attorney assigned to defend this action.

23 4. That correspondence acknowledged having received the summons and complaint, but objects

24    to the manner of service noting that it has not been served by registered mail and also that

25

- 1 -

simultaneous service was not completed on the Agency Head and Attorney General's Office in Washington D.C.

5. Although the summons and complaint was mailed to the Agency Head, it was not mailed by certified mail.

6. The service is being corrected to comply with the concerns expressed by the Assistant United States Attorney in that correspondence.

7. In the interim, I am currently out of state with family until January 10, 2009 due to my stepmother's illness. My stepmother has pancreatic cancer and has just undergone surgery at the University of Pennsylvania Hospital.

8. Based on the foregoing, I respectfully request a continuance of the status conference.

I declare under penalty of perjury that the foregoing is true and correct and stated to the best of my personal knowledge.

DATED: January 4, 2009

WILLIAM HOPKINS
ATTORNEY FOR PLAINTIFFS

Good cause appearing, the Case Management Conference is hereby CONTINUED to March 12, 2009 at 10:00 a.m. in Courtroom B. All deadlines shall be adjusted accordingly.

IT IS SO ORDERED.

Dated: January 6, 2009

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -